Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

           Case No.:  14−13763−CMG
           Chapter:  13
           Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Krista E. Kandebo
   58 Pennwood Drive
   Trenton, NJ 08638−4701

Social Security No.:
   xxx−xx−1468

Employer's Tax I.D. No.:

**FINAL DECREE**

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 6, 2020</u>           <u>Christine M. Gravelle</u>
                                       Judge, United States Bankruptcy Court